UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JANET M. BONE, | Civil Action Number: 5:20-cv-00188-KDW |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| ANDREW SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

Upon consideration of the Defendant's Motion to Remand (ECF No. 20), to which Plaintiff consents, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner, through the Appeals Council, will direct an Administrative Law Judge to further evaluate Plaintiff's claim, offer the claimant the opportunity for a hearing, take further action to complete the administrative record as necessary, and issue a new decision. The Clerk of Court is to enter a judgment reversing the decision with a remand of the cause for the above-described actions.

    IT IS SO ORDERED.

October 1, 2020  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge