IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Janet M. Bone,         Plaintiff,       v.       Andrew M. Saul, Commissioner of Social Security,         Defendant. | Civil Action No. 5:20-cv-0188-KDW |

## ORDER

This matter is before the court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), ECF No. 23, advising of their agreement to stipulate to an award of $1,987.82 in attorney fees to Plaintiff. Plaintiff has also provided a Motion for EAJA Fees, ECF No. 24, in which her counsel provided itemization of the fees sought.[1] The court finds the stipulated amount of fees to be reasonable and in accordance with applicable law. Pursuant to the parties' stipulation, Plaintiff's Motion for Attorney's Fees Pursuant to EAJA, ECF No. 24, is *granted* to the extent it comports with this Order and the parties' Stipulation.

Further, the parties have stipulated that Plaintiff should be awarded $1,987.82 in attorney fees under the EAJA and that this amount "represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d)." ECF No. 23 at 1. While fees are payable to Plaintiff, such fees may be paid directly to Plaintiff's attorney, providing Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, inasmuch as Plaintiff has agreed to assign her rights to such fees to her attorney.

---

[1] In Plaintiff's Petition for Fees, counsel indicated she spent 10.60 hours representing Plaintiff before the court. ECF No. 24.

An award of $1,987.82 in attorney fees pursuant to the EAJA is granted in accordance with this Order.

IT IS SO ORDERED.

October 29, 2020  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge